# EXHIBIT A

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 1. | 32.176.16.223 | 2011-12-14 01:07:01 PM | AT&T Global Network Services |
| 2. | 32.176.11.224 | 2011-12-15 01:14:46 AM | AT&T Global Network Services |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 3. | 72.24.81.140 | 12/8/2011 23:22 | CABLE ONE |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 4. | 72.47.187.43 | 11/21/2011 12:34 | Cebridge Connections |
| 5. | 24.206.193.137 | 11/22/2011 15:07 | Cebridge Connections |
| 6. | 209.33.42.244 | 11/24/2011 15:47 | Cebridge Connections |
| 7. | 72.47.18.7 | 11/25/2011 1:20 | Cebridge Connections |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 8. | 75.240.3.251 | 12/6/2011 4:01 | Cellco Partnership DBA Verizon Wireless |
| 9. | 75.227.199.12 | 12/10/2011 2:11 | Cellco Partnership DBA Verizon Wireless |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 10. | 66.169.151.47 | 11/26/2011 19:32 | Charter Communications |
| 11. | 97.93.224.17 | 11/29/2011 23:19 | Charter Communications |
| 12. | 71.86.124.11 | 12/17/2011 14:23 | Charter Communications |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|
| 13. | 184.79.107.211 | 2011-11-18 06:21:55 PM | Clearwire Corporation |
| 14. | 71.22.87.48 | 2011-11-22 10:42:39 AM | Clearwire Corporation |
| 15. | 50.15.63.24 | 2011-11-22 12:36:28 PM | Clearwire Corporation |
| 16. | 71.21.48.45 | 2011-11-23 06:04:40 PM | Clearwire Corporation |
| 17. | 50.11.89.24 | 2011-11-25 06:01:27 AM | Clearwire Corporation |
| 18. | 71.21.254.105 | 2011-11-25 05:39:16 PM | Clearwire Corporation |
| 19. | 75.92.2.81 | 2011-11-25 10:11:14 PM | Clearwire Corporation |
| 20. | 50.15.184.195 | 2011-11-26 04:55:42 PM | Clearwire Corporation |
| 21. | 50.11.25.94 | 2011-11-26 08:13:13 PM | Clearwire Corporation |
| 22. | 184.76.155.179 | 2011-11-28 07:32:52 PM | Clearwire Corporation |
| 23. | 184.79.117.47 | 2011-11-30 07:18:12 PM | Clearwire Corporation |
| 24. | 50.15.249.58 | 2011-12-10 09:31:32 AM | Clearwire Corporation |
| 25. | 71.21.248.37 | 2012-02-5 07:16:53 PM | Clearwire Corporation |

|    | Host IP address | Hit Date (UTC) | ISP |
|----|---|---|---|

| | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 26. | 76.164.103.142 | 11/22/2011 13:58 | Consolidated Communications |
| 27. | 76.164.92.115 | 11/23/2011 20:11 | Consolidated Communications |
| 28. | 209.169.119.25 | 11/26/2011 9:34 | Consolidated Communications |
| 29. | 64.92.38.247 | 12/2/2011 8:59 | Consolidated Communications |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 30. | 98.197.166.114 | 2011-11-18 03:03:33 PM | Comcast Cable |
| 31. | 98.200.249.241 | 2011-11-18 06:52:08 PM | Comcast Cable |
| 32. | 98.195.216.82 | 2011-11-19 01:59:21 AM | Comcast Cable |
| 33. | 76.30.243.12 | 2011-11-19 05:04:44 AM | Comcast Cable |
| 34. | 76.30.196.131 | 2011-11-19 02:10:25 PM | Comcast Cable |
| 35. | 98.199.57.117 | 2011-11-19 06:19:04 PM | Comcast Cable |
| 36. | 98.200.115.18 | 2011-11-19 07:17:39 PM | Comcast Cable |
| 37. | 76.30.150.75 | 2011-11-20 12:28:41 AM | Comcast Cable |
| 38. | 76.30.198.89 | 2011-11-20 03:14:54 PM | Comcast Cable |
| 39. | 98.198.17.33 | 2011-11-20 07:52:37 PM | Comcast Cable |
| 40. | 98.199.160.25 | 2011-11-20 09:57:07 PM | Comcast Cable |
| 41. | 98.197.125.81 | 2011-11-21 01:52:31 AM | Comcast Cable |
| 42. | 98.197.74.159 | 2011-11-21 09:35:13 AM | Comcast Cable |
| 43. | 76.31.155.18 | 2011-11-21 10:12:14 AM | Comcast Cable |
| 44. | 98.196.25.249 | 2011-11-21 01:14:54 PM | Comcast Cable |
| 45. | 76.30.49.180 | 2011-11-21 07:18:04 PM | Comcast Cable |
| 46. | 98.198.121.152 | 2011-11-22 02:22:58 AM | Comcast Cable |
| 47. | 98.201.37.2 | 2011-11-22 05:18:37 AM | Comcast Cable |
| 48. | 98.196.44.70 | 2011-11-23 02:54:58 AM | Comcast Cable |
| 49. | 76.30.16.250 | 2011-11-23 03:14:56 AM | Comcast Cable |
| 50. | 76.30.214.199 | 2011-11-23 11:55:40 PM | Comcast Cable |
| 51. | 76.31.148.139 | 2011-11-24 04:26:27 AM | Comcast Cable |
| 52. | 98.196.233.191 | 2011-11-24 08:11:33 AM | Comcast Cable |
| 53. | 98.196.23.21 | 2011-11-25 04:00:49 AM | Comcast Cable |
| 54. | 98.195.228.90 | 2011-11-25 06:47:38 AM | Comcast Cable |
| 55. | 98.195.161.155 | 2011-11-27 04:13:22 AM | Comcast Cable |
| 56. | 98.196.123.202 | 2011-11-27 08:23:03 AM | Comcast Cable |
| 57. | 98.200.45.141 | 2011-11-27 04:16:40 PM | Comcast Cable |
| 58. | 98.195.151.158 | 2011-11-28 11:41:09 PM | Comcast Cable |
| 59. | 76.30.115.6 | 2011-12-2 06:58:18 AM | Comcast Cable |
| 60. | 98.197.95.20 | 2011-12-2 08:29:50 AM | Comcast Cable |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 61. | 98.196.153.0 | 2011-12-3 02:55:54 PM | Comcast Cable |
| 62. | 98.196.217.164 | 2011-12-6 07:21:19 AM | Comcast Cable |
| 63. | 98.197.106.152 | 2011-12-6 06:26:57 PM | Comcast Cable |
| 64. | 98.201.125.244 | 2011-12-8 11:20:42 PM | Comcast Cable |
| 65. | 98.195.133.220 | 2011-12-10 04:51:18 PM | Comcast Cable |
| 66. | 98.198.228.192 | 2011-12-11 01:23:13 PM | Comcast Cable |
| 67. | 98.200.89.165 | 2011-12-14 09:24:09 PM | Comcast Cable |
| 68. | 76.30.214.28 | 2011-12-18 02:46:26 PM | Comcast Cable |
| 69. | 98.197.2.199 | 2011-12-20 04:07:33 PM | Comcast Cable |
| 70. | 98.199.198.171 | 2011-12-22 01:59:28 PM | Comcast Cable |
| 71. | 98.199.192.51 | 2011-12-22 04:35:22 PM | Comcast Cable |
| 72. | 98.197.175.140 | 2011-12-27 11:35:54 PM | Comcast Cable |
| 73. | 98.194.53.136 | 2011-12-31 04:15:23 AM | Comcast Cable |
| 74. | 98.195.133.241 | 2012-01-2 08:48:41 PM | Comcast Cable |
| 75. | 76.30.193.45 | 2012-01-17 05:57:06 PM | Comcast Cable |
| 76. | 98.198.174.196 | 2012-01-17 10:21:08 PM | Comcast Cable |
| 77. | 76.31.56.113 | 2012-02-1 06:10:36 AM | Comcast Cable |
| 78. | 98.196.3.161 | 2012-02-2 12:20:22 AM | Comcast Cable |
| 79. | 98.195.70.22 | 2012-02-10 04:03:57 PM | Comcast Cable |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 80. | 24.206.110.152 | 12/6/2011 4:04 | EarthLink |
| 81. | 209.173.124.55 | 12/7/2011 3:59 | EarthLink |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 82. | 184.7.55.95 | 11/21/2011 17:57 | Embarq Corporation |
| 83. | 71.51.32.14 | 11/26/2011 11:27 | Embarq Corporation |
| 84. | 184.5.81.254 | 12/8/2011 23:40 | Embarq Corporation |
| 85. | 76.0.71.212 | 1/5/2012 6:23 | Embarq Corporation |
| 86. | 184.7.240.169 | 1/22/2012 6:56 | Embarq Corporation |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 87. | 24.155.5.128 | 12/9/2011 4:37 | Grande Communications |
| 88. | 24.155.23.215 | 12/13/2011 0:14 | Grande Communications |
| 89. | 72.48.53.101 | 12/29/2011 5:31 | Grande Communications |

|      | Host IP address | Hit Date (UTC)        | ISP                  |
|------|-----------------|-----------------------|----------------------|
| 90.  | 8.23.70.18      | 2011-11-27 09:20:06 AM | Level 3 Communications |
|      | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 91.  | 64.31.63.24     | 11/27/2011 8:30       | Limestone Networks   |
| 92.  | 64.31.63.57     | 12/7/2011 3:54        | Limestone Networks   |
|      | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 93.  | 66.69.60.229    | 2011-11-18 01:05:11 PM | Road Runner |
| 94.  | 70.113.60.212   | 2011-11-18 02:07:24 PM | Road Runner |
| 95.  | 76.187.228.187  | 2011-11-18 02:28:52 PM | Road Runner |
| 96.  | 70.120.183.171  | 2011-11-18 05:43:06 PM | Road Runner |
| 97.  | 24.243.182.40   | 2011-11-18 06:26:13 PM | Road Runner |
| 98.  | 173.174.18.12   | 2011-11-18 08:13:07 PM | Road Runner |
| 99.  | 68.203.209.126  | 2011-11-18 10:29:20 PM | Road Runner |
| 100. | 68.206.97.232   | 2011-11-19 12:44:54 AM | Road Runner |
| 101. | 67.11.78.198    | 2011-11-19 12:48:59 AM | Road Runner |
| 102. | 24.242.46.10    | 2011-11-19 02:51:55 AM | Road Runner |
| 103. | 24.160.147.105  | 2011-11-19 07:22:49 AM | Road Runner |
| 104. | 72.181.145.202  | 2011-11-19 12:50:54 PM | Road Runner |
| 105. | 67.11.78.244    | 2011-11-19 04:08:45 PM | Road Runner |
| 106. | 72.190.69.146   | 2011-11-19 04:49:41 PM | Road Runner |
| 107. | 76.185.215.42   | 2011-11-19 07:32:40 PM | Road Runner |
| 108. | 68.203.245.44   | 2011-11-19 08:12:47 PM | Road Runner |
| 109. | 70.118.173.7    | 2011-11-19 08:31:39 PM | Road Runner |
| 110. | 70.124.89.205   | 2011-11-19 11:22:04 PM | Road Runner |
| 111. | 70.123.186.100  | 2011-11-20 12:23:48 AM | Road Runner |
| 112. | 76.187.105.45   | 2011-11-20 02:01:50 AM | Road Runner |
| 113. | 68.203.195.47   | 2011-11-20 04:07:08 AM | Road Runner |
| 114. | 67.11.149.53    | 2011-11-20 04:22:54 AM | Road Runner |
| 115. | 76.185.169.200  | 2011-11-20 06:11:44 AM | Road Runner |
| 116. | 72.178.50.196   | 2011-11-20 08:01:54 AM | Road Runner |
| 117. | 76.185.192.98   | 2011-11-20 10:03:23 AM | Road Runner |
| 118. | 72.181.141.115  | 2011-11-20 10:16:43 PM | Road Runner |
| 119. | 66.68.182.82    | 2011-11-20 11:10:12 PM | Road Runner |
| 120. | 72.191.143.97   | 2011-11-21 01:20:16 AM | Road Runner |
| 121. | 66.68.204.161   | 2011-11-21 01:41:15 AM | Road Runner |
|      | **Host IP address** | **Hit Date (UTC)** | **ISP** |

| # | IP | Timestamp | ISP |
|---|---|---|---|
| 122. | 70.120.207.179 | 2011-11-21 02:10:22 AM | Road Runner |
| 123. | 70.114.39.73 | 2011-11-21 04:34:41 AM | Road Runner |
| 124. | 70.120.182.222 | 2011-11-21 07:41:56 AM | Road Runner |
| 125. | 68.203.238.49 | 2011-11-21 08:44:04 AM | Road Runner |
| 126. | 70.112.61.212 | 2011-11-21 09:04:20 AM | Road Runner |
| 127. | 173.174.53.4 | 2011-11-21 01:36:25 PM | Road Runner |
| 128. | 67.9.72.206 | 2011-11-21 02:26:38 PM | Road Runner |
| 129. | 72.178.170.12 | 2011-11-21 09:24:58 PM | Road Runner |
| 130. | 72.177.45.167 | 2011-11-22 05:13:46 AM | Road Runner |
| 131. | 76.186.252.19 | 2011-11-22 02:07:08 PM | Road Runner |
| 132. | 24.170.85.160 | 2011-11-22 02:11:37 PM | Road Runner |
| 133. | 70.114.25.236 | 2011-11-22 02:41:34 PM | Road Runner |
| 134. | 70.117.28.95 | 2011-11-22 07:02:36 PM | Road Runner |
| 135. | 72.191.51.189 | 2011-11-23 02:28:46 AM | Road Runner |
| 136. | 24.243.21.172 | 2011-11-23 03:38:48 AM | Road Runner |
| 137. | 70.115.244.160 | 2011-11-23 09:23:27 AM | Road Runner |
| 138. | 72.190.54.180 | 2011-11-23 06:54:02 PM | Road Runner |
| 139. | 76.183.121.234 | 2011-11-24 01:20:12 AM | Road Runner |
| 140. | 70.122.210.215 | 2011-11-24 02:29:22 AM | Road Runner |
| 141. | 173.172.75.25 | 2011-11-24 03:33:21 AM | Road Runner |
| 142. | 70.123.172.69 | 2011-11-24 02:10:12 PM | Road Runner |
| 143. | 66.69.91.125 | 2011-11-24 06:23:19 PM | Road Runner |
| 144. | 70.112.62.2 | 2011-11-25 03:09:09 AM | Road Runner |
| 145. | 70.122.76.31 | 2011-11-25 04:24:22 AM | Road Runner |
| 146. | 76.183.70.250 | 2011-11-25 12:41:23 PM | Road Runner |
| 147. | 173.175.125.143 | 2011-11-25 06:56:04 PM | Road Runner |
| 148. | 70.113.120.135 | 2011-11-25 10:46:09 PM | Road Runner |
| 149. | 24.227.154.150 | 2011-11-25 11:18:06 PM | Road Runner |
| 150. | 24.162.209.43 | 2011-11-26 12:09:30 AM | Road Runner |
| 151. | 173.173.94.95 | 2011-11-26 01:13:25 AM | Road Runner |
| 152. | 76.183.61.14 | 2011-11-26 08:22:36 AM | Road Runner |
| 153. | 173.172.122.51 | 2011-11-26 04:39:12 PM | Road Runner |
| 154. | 76.183.3.5 | 2011-11-26 08:02:42 PM | Road Runner |
| 155. | 76.183.135.233 | 2011-11-27 01:32:40 AM | Road Runner |
| 156. | 68.201.39.215 | 2011-11-27 03:17:24 AM | Road Runner |
| 157. | 72.177.48.187 | 2011-11-27 11:25:30 AM | Road Runner |
| 158. | 173.174.19.33 | 2011-11-27 01:28:56 PM | Road Runner |

|  | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 159. | 24.27.34.105 | 2011-11-27 09:40:35 PM | Road Runner |
| 160. | 70.113.119.136 | 2011-11-28 03:34:02 AM | Road Runner |
| 161. | 64.183.231.91 | 2011-11-28 07:06:59 PM | Road Runner |
| 162. | 173.172.36.62 | 2011-11-28 08:06:35 PM | Road Runner |
| 163. | 72.177.162.189 | 2011-11-30 12:44:32 AM | Road Runner |
| 164. | 173.175.132.160 | 2011-12-2 03:06:22 AM | Road Runner |
| 165. | 68.203.1.16 | 2011-12-2 05:38:14 AM | Road Runner |
| 166. | 68.203.14.54 | 2011-12-3 12:38:38 AM | Road Runner |
| 167. | 66.25.185.187 | 2011-12-3 03:37:03 AM | Road Runner |
| 168. | 66.69.49.54 | 2011-12-3 08:08:22 PM | Road Runner |
| 169. | 173.175.184.142 | 2011-12-6 11:06:05 AM | Road Runner |
| 170. | 72.181.142.32 | 2011-12-8 11:33:29 AM | Road Runner |
| 171. | 66.69.13.161 | 2011-12-9 08:30:53 PM | Road Runner |
| 172. | 24.170.83.78 | 2011-12-12 07:47:56 PM | Road Runner |
| 173. | 72.182.66.199 | 2011-12-13 07:31:00 AM | Road Runner |
| 174. | 72.190.14.140 | 2011-12-14 02:51:52 PM | Road Runner |
| 175. | 72.178.50.65 | 2011-12-15 04:51:39 AM | Road Runner |
| 176. | 70.124.15.99 | 2011-12-17 02:26:35 AM | Road Runner |
| 177. | 67.11.211.181 | 2011-12-21 04:06:29 PM | Road Runner |
| 178. | 70.112.162.251 | 2011-12-23 05:48:13 PM | Road Runner |
| 179. | 24.243.32.39 | 2011-12-30 07:41:41 PM | Road Runner |
| 180. | 24.175.163.223 | 2012-01-7 05:44:42 AM | Road Runner |
| 181. | 72.191.98.75 | 2012-01-7 11:14:39 AM | Road Runner |
| 182. | 72.190.107.218 | 2012-01-8 07:59:26 AM | Road Runner |
| 183. | 70.123.177.239 | 2012-01-10 12:55:37 AM | Road Runner |
| 184. | 24.243.122.159 | 2012-01-18 03:08:16 AM | Road Runner |
| 185. | 76.187.136.78 | 2012-01-22 04:27:12 AM | Road Runner |
| 186. | 70.117.0.47 | 2012-01-23 01:26:30 PM | Road Runner |
| 187. | 72.181.166.14 | 2012-01-25 05:32:13 AM | Road Runner |
| 188. | 76.182.222.132 | 2012-02-9 10:20:53 PM | Road Runner |
|  | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 189. | 99.73.216.8 | 2011-11-19 04:31:43 AM | SBC Internet Services |
| 190. | 99.90.236.140 | 2011-11-19 07:09:18 AM | SBC Internet Services |
| 191. | 99.98.109.117 | 2011-11-19 03:03:30 PM | SBC Internet Services |
| 192. | 99.146.245.123 | 2011-11-19 04:21:42 PM | SBC Internet Services |
|  | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 193. | 99.13.209.69 | 2011-11-19 07:07:49 PM | SBC Internet Services |

| | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 194. | 65.65.208.47 | 2011-11-19 10:21:50 PM | SBC Internet Services |
| 195. | 99.111.242.199 | 2011-11-20 04:26:10 AM | SBC Internet Services |
| 196. | 75.1.152.134 | 2011-11-20 06:54:58 AM | SBC Internet Services |
| 197. | 70.241.77.174 | 2011-11-20 07:47:12 AM | SBC Internet Services |
| 198. | 76.231.149.184 | 2011-11-20 12:35:56 PM | SBC Internet Services |
| 199. | 75.53.208.241 | 2011-11-20 06:31:05 PM | SBC Internet Services |
| 200. | 76.211.222.8 | 2011-11-20 10:57:16 PM | SBC Internet Services |
| 201. | 99.156.170.20 | 2011-11-20 11:35:57 PM | SBC Internet Services |
| 202. | 108.80.102.111 | 2011-11-21 02:30:44 AM | SBC Internet Services |
| 203. | 76.201.5.176 | 2011-11-21 04:35:31 AM | SBC Internet Services |
| 204. | 75.53.40.141 | 2011-11-21 06:33:25 AM | SBC Internet Services |
| 205. | 99.20.123.18 | 2011-11-21 10:52:45 AM | SBC Internet Services |
| 206. | 99.101.122.40 | 2011-11-21 12:30:03 PM | SBC Internet Services |
| 207. | 75.53.37.223 | 2011-11-21 01:06:42 PM | SBC Internet Services |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 208. | 76.195.136.212 | 2011-11-21 04:21:13 PM | SBC Internet Services |
| 209. | 99.138.129.107 | 2011-11-22 02:48:28 AM | SBC Internet Services |
| 210. | 68.95.131.227 | 2011-11-22 03:40:05 AM | SBC Internet Services |
| 211. | 99.101.123.153 | 2011-11-22 07:11:41 AM | SBC Internet Services |
| 212. | 69.154.178.146 | 2011-11-22 10:28:52 AM | SBC Internet Services |
| 213. | 68.95.136.222 | 2011-11-23 02:59:55 AM | SBC Internet Services |
| 214. | 99.4.130.82 | 2011-11-23 08:04:57 AM | SBC Internet Services |
| 215. | 75.35.90.249 | 2011-11-24 06:36:42 AM | SBC Internet Services |
| 216. | 208.189.119.129 | 2011-11-24 09:13:12 AM | SBC Internet Services |
| 217. | 76.202.128.32 | 2011-11-24 06:08:05 PM | SBC Internet Services |
| 218. | 76.202.134.60 | 2011-11-25 01:44:26 AM | SBC Internet Services |
| 219. | 99.163.106.223 | 2011-11-25 03:35:24 AM | SBC Internet Services |
| 220. | 99.184.83.123 | 2011-11-25 06:06:14 PM | SBC Internet Services |
| 221. | 108.86.50.70 | 2011-11-26 07:42:37 AM | SBC Internet Services |
| 222. | 76.215.40.227 | 2011-11-26 11:08:39 PM | SBC Internet Services |
| 223. | 68.95.143.46 | 2011-11-27 03:55:51 AM | SBC Internet Services |
| 224. | 99.188.46.212 | 2011-11-27 09:37:41 AM | SBC Internet Services |
| 225. | 99.163.105.47 | 2011-11-28 03:18:26 AM | SBC Internet Services |
| 226. | 209.30.165.117 | 2011-12-3 12:13:43 AM | SBC Internet Services |
| 227. | 68.95.159.195 | 2011-12-3 12:20:23 PM | SBC Internet Services |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 228. | 68.89.173.33 | 2011-12-5 02:31:36 AM | SBC Internet Services |

| | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 229. | 99.32.239.238 | 2011-12-5 04:00:51 AM | SBC Internet Services |
| 230. | 108.66.239.230 | 2011-12-6 02:08:46 AM | SBC Internet Services |
| 231. | 99.2.113.153 | 2011-12-6 02:24:35 AM | SBC Internet Services |
| 232. | 99.32.236.172 | 2011-12-6 06:14:08 AM | SBC Internet Services |
| 233. | 66.142.140.138 | 2011-12-7 05:00:15 AM | SBC Internet Services |
| 234. | 99.97.159.246 | 2011-12-8 08:05:25 AM | SBC Internet Services |
| 235. | 99.100.74.8 | 2011-12-8 10:31:07 PM | SBC Internet Services |
| 236. | 99.99.188.163 | 2011-12-10 12:46:42 PM | SBC Internet Services |
| 237. | 108.95.128.93 | 2011-12-10 08:44:56 PM | SBC Internet Services |
| 238. | 76.255.81.83 | 2011-12-11 02:37:44 AM | SBC Internet Services |
| 239. | 99.38.15.251 | 2011-12-11 03:50:49 AM | SBC Internet Services |
| 240. | 68.95.128.248 | 2011-12-11 09:51:20 AM | SBC Internet Services |
| 241. | 99.99.239.144 | 2011-12-12 03:50:18 AM | SBC Internet Services |
| 242. | 99.172.37.229 | 2011-12-13 12:30:11 AM | SBC Internet Services |
| 243. | 99.120.219.231 | 2011-12-13 10:26:52 PM | SBC Internet Services |
| 244. | 69.149.34.184 | 2011-12-17 03:08:43 AM | SBC Internet Services |
| 245. | 99.117.72.253 | 2011-12-17 09:24:39 PM | SBC Internet Services |
| 246. | 108.77.123.205 | 2011-12-18 08:32:46 AM | SBC Internet Services |
| 247. | 70.254.66.157 | 2011-12-20 07:32:23 PM | SBC Internet Services |
| 248. | 99.29.220.149 | 2011-12-25 01:22:28 PM | SBC Internet Services |
| 249. | 75.53.136.59 | 2011-12-25 09:46:51 PM | SBC Internet Services |
| 250. | 99.115.52.202 | 2011-12-29 12:24:19 AM | SBC Internet Services |
| 251. | 108.65.21.129 | 2011-12-29 08:16:08 AM | SBC Internet Services |
| 252. | 75.30.254.209 | 2011-12-31 10:36:20 PM | SBC Internet Services |
| 253. | 99.101.121.211 | 2012-01-2 11:07:34 PM | SBC Internet Services |
| 254. | 75.53.134.222 | 2012-01-7 11:06:52 AM | SBC Internet Services |
| 255. | 99.75.113.148 | 2012-01-10 07:13:51 PM | SBC Internet Services |
| 256. | 99.179.97.191 | 2012-01-14 10:09:17 AM | SBC Internet Services |
| 257. | 99.89.82.111 | 2012-01-16 06:04:48 AM | SBC Internet Services |
| 258. | 99.116.245.223 | 2012-01-18 04:31:15 AM | SBC Internet Services |
| 259. | 99.179.101.94 | 2012-01-19 10:56:40 AM | SBC Internet Services |
| 260. | 108.81.34.5 | 2012-01-20 11:47:58 AM | SBC Internet Services |
| 261. | 67.64.113.200 | 2012-01-21 09:30:44 PM | SBC Internet Services |
| 262. | 99.90.237.73 | 2012-01-23 11:38:18 PM | SBC Internet Services |
| 263. | 67.67.216.239 | 2012-01-24 06:28:36 AM | SBC Internet Services |
| 264. | 75.17.225.69 | 2012-01-28 07:10:58 PM | SBC Internet Services |
| 265. | 70.251.88.210 | 2012-01-29 06:06:26 PM | SBC Internet Services |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 266. | 70.251.111.249 | 2012-01-30 12:10:32 AM | SBC Internet Services |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 267. | 99.7.22.107 | 2012-01-31 11:42:49 AM | SBC Internet Services |
| 268. | 70.251.114.167 | 2012-02-1 04:21:00 PM | SBC Internet Services |
| 269. | 70.251.76.164 | 2012-02-2 04:09:13 AM | SBC Internet Services |
| 270. | 70.251.134.52 | 2012-02-2 05:22:18 AM | SBC Internet Services |
| 271. | 99.190.63.46 | 2012-02-11 02:30:51 AM | SBC Internet Services |
|  | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 272. | 72.56.246.162 | 2011-12-5 01:13:08 PM | Sprint PCS |
| 273. | 174.148.8.12 | 2011-12-5 01:21:15 PM | Sprint PCS |
| 274. | 108.103.37.72 | 2011-12-5 01:31:27 PM | Sprint PCS |
| 275. | 173.97.143.188 | 2011-12-5 01:38:54 PM | Sprint PCS |
| 276. | 184.249.115.251 | 2011-12-5 01:42:40 PM | Sprint PCS |
| 277. | 173.97.14.228 | 2011-12-5 02:33:28 PM | Sprint PCS |
| 278. | 66.87.100.147 | 2011-12-10 04:54:59 PM | Sprint PCS |
| 279. | 66.87.99.113 | 2011-12-10 05:09:05 PM | Sprint PCS |
| 280. | 66.87.103.245 | 2011-12-10 08:20:42 PM | Sprint PCS |
| 281. | 66.87.100.45 | 2011-12-10 10:50:49 PM | Sprint PCS |
| 282. | 66.87.98.114 | 2011-12-11 06:03:10 AM | Sprint PCS |
| 283. | 66.87.100.23 | 2011-12-11 06:55:23 AM | Sprint PCS |
| 284. | 173.97.163.199 | 2011-12-13 07:37:11 PM | Sprint PCS |
| 285. | 173.5.11.160 | 2011-12-20 06:51:52 AM | Sprint PCS |
| 286. | 107.42.135.248 | 2011-12-20 10:06:17 AM | Sprint PCS |
| 287. | 173.147.34.133 | 2011-12-21 04:46:31 AM | Sprint PCS |
| 288. | 107.42.57.155 | 2011-12-21 09:03:05 AM | Sprint PCS |
| 289. | 72.56.138.36 | 2011-12-24 05:28:17 PM | Sprint PCS |
| 290. | 173.139.188.123 | 2011-12-24 05:41:21 PM | Sprint PCS |
| 291. | 108.103.59.184 | 2011-12-24 05:53:16 PM | Sprint PCS |
| 292. | 70.2.144.45 | 2011-12-24 05:57:11 PM | Sprint PCS |
| 293. | 72.56.56.47 | 2011-12-24 06:00:06 PM | Sprint PCS |
| 294. | 99.201.77.195 | 2011-12-24 06:05:16 PM | Sprint PCS |
| 295. | 107.29.0.64 | 2011-12-24 06:16:30 PM | Sprint PCS |
| 296. | 99.200.241.214 | 2011-12-24 06:52:44 PM | Sprint PCS |
| 297. | 107.29.81.50 | 2011-12-24 07:06:47 PM | Sprint PCS |
| 298. | 173.149.149.142 | 2011-12-24 07:25:05 PM | Sprint PCS |
| 299. | 108.116.112.9 | 2011-12-24 08:06:35 PM | Sprint PCS |
| 300. | 108.105.5.24 | 2011-12-24 08:18:56 PM | Sprint PCS |
|  | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 301. | 108.102.39.113 | 2011-12-24 08:36:31 PM | Sprint PCS |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 302. | 108.125.26.239 | 2011-12-24 09:23:45 PM | Sprint PCS |
| 303. | 70.3.20.164 | 2011-12-24 09:40:17 PM | Sprint PCS |
| 304. | 107.30.86.238 | 2011-12-24 09:44:01 PM | Sprint PCS |
| 305. | 173.139.180.154 | 2011-12-24 09:50:36 PM | Sprint PCS |
| 306. | 70.3.233.210 | 2011-12-24 09:55:27 PM | Sprint PCS |
| 307. | 108.105.38.94 | 2011-12-24 10:02:00 PM | Sprint PCS |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 308. | 107.29.81.226 | 2011-12-24 10:10:28 PM | Sprint PCS |
| 309. | 99.200.153.38 | 2011-12-24 10:12:33 PM | Sprint PCS |
| 310. | 99.201.98.212 | 2011-12-24 10:21:06 PM | Sprint PCS |
| 311. | 108.116.96.19 | 2011-12-24 10:29:06 PM | Sprint PCS |
| 312. | 107.30.127.71 | 2011-12-24 10:32:07 PM | Sprint PCS |
| 313. | 72.56.106.82 | 2011-12-24 11:31:22 PM | Sprint PCS |
| 314. | 108.102.183.38 | 2011-12-25 12:13:52 AM | Sprint PCS |
| 315. | 72.56.209.95 | 2011-12-25 04:43:26 AM | Sprint PCS |
| 316. | 66.87.102.52 | 2012-02-5 08:00:53 PM | Sprint PCS |
| 317. | 66.87.100.65 | 2012-02-12 04:39:11 AM | Sprint PCS |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 318. | 173.219.26.245 | 2011-11-18 08:55:14 PM | Suddenlink Communications |
| 319. | 74.196.197.112 | 2011-11-19 03:21:28 AM | Suddenlink Communications |
| 320. | 173.219.19.29 | 2011-11-19 04:54:14 AM | Suddenlink Communications |
| 321. | 50.27.233.114 | 2011-11-19 09:27:07 PM | Suddenlink Communications |
| 322. | 75.110.179.83 | 2011-11-20 06:18:21 PM | Suddenlink Communications |
| 323. | 50.27.248.24 | 2011-11-21 11:27:53 AM | Suddenlink Communications |
| 324. | 74.193.8.254 | 2011-11-22 02:24:03 AM | Suddenlink Communications |
| 325. | 74.192.192.50 | 2011-11-27 05:07:25 AM | Suddenlink Communications |
| 326. | 74.195.164.100 | 2011-12-5 10:52:32 AM | Suddenlink Communications |
| 327. | 75.109.189.79 | 2011-12-6 04:20:37 AM | Suddenlink Communications |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 328. | 173.57.11.83 | 2011-11-18 01:13:58 PM | Verizon Internet Services |
| 329. | 173.71.43.143 | 2011-11-18 02:01:50 PM | Verizon Internet Services |
| 330. | 71.164.153.213 | 2011-11-19 05:23:32 AM | Verizon Internet Services |
| 331. | 71.244.39.25 | 2011-11-20 05:10:21 PM | Verizon Internet Services |

| # | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 332. | 71.96.131.63 | 2011-11-21 06:59:02 PM | Verizon Internet Services |

| | Host IP address | Hit Date (UTC) | ISP |
|---|---|---|---|
| 333. | 71.252.221.21 | 2011-11-21 09:56:01 PM | Verizon Internet Services |
| 334. | 72.64.111.204 | 2011-11-22 02:07:54 AM | Verizon Internet Services |
| 335. | 71.164.170.7 | 2011-11-23 05:57:21 AM | Verizon Internet Services |
| 336. | 173.57.20.6 | 2011-11-23 10:03:46 PM | Verizon Internet Services |
| 337. | 173.57.29.131 | 2011-11-24 09:24:17 PM | Verizon Internet Services |
| 338. | 173.74.195.176 | 2011-11-25 02:24:43 AM | Verizon Internet Services |
| 339. | 173.74.140.47 | 2011-11-26 07:39:47 AM | Verizon Internet Services |
| 340. | 71.123.227.102 | 2011-11-26 03:51:14 PM | Verizon Internet Services |
| 341. | 173.74.166.136 | 2011-12-3 01:27:44 AM | Verizon Internet Services |
| 342. | 70.104.20.83 | 2011-12-3 06:32:37 AM | Verizon Internet Services |
| 343. | 71.244.31.139 | 2011-12-5 06:28:43 AM | Verizon Internet Services |
| 344. | 71.170.234.243 | 2011-12-11 09:34:06 PM | Verizon Internet Services |
| 345. | 71.123.4.8 | 2011-12-15 03:09:01 PM | Verizon Internet Services |
| 346. | 71.252.156.48 | 2011-12-17 01:59:40 PM | Verizon Internet Services |
| 347. | 71.170.88.198 | 2011-12-27 03:55:13 AM | Verizon Internet Services |
| 348. | 71.97.5.86 | 2012-01-5 05:13:49 PM | Verizon Internet Services |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 349. | 64.134.150.198 | 2012-01-26 02:54:36 AM | WAYPORT |
| | **Host IP address** | **Hit Date (UTC)** | **ISP** |
| 350. | 173.185.43.134 | 2011-11-25 03:31:52 AM | Windstream Communications |
| 351. | 72.172.61.197 | 2011-11-25 10:27:10 PM | Windstream Communications |