# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-764-710**

Effective date of registration:

## Title
**Title of Work:** MONSTER WET ANAL ASSES

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** October 12, 2011    **Nation of 1st Publication:** United States

## Author
- **Author:** West Coast Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** West Coast Productions, Inc.
19801 NORDHOFF PLACE UNIT 110, Chatsworth, CA, 91311, United States

## Rights and Permissions
**Organization Name:** West Coast Productions, Inc.
**Name:** James Alexander
**Telephone:** 818-709-0100
**Address:** 19801 NOEDHOFF PLACE UNIT 110
Chatsworth, CA 91311 United States

## Certification
**Name:** Joel Medina
**Date:** October 12, 2011