IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1 – 351,

    Defendants.

CASE NO. 4:12-cv-00504

Judge Nancy F. Atlas

**JURY TRIAL DEMANDED**

---

### ORDER

The Court has before it a Motion to Modify the Appendix to Order Granting Motion for Expedited Discovery, with attached proposed modification of the Plaintiff's attorney contact information on the second page of the Appendix, and all the documents filed in connection with the motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Modify Attorney Contact Information in Appendix to ORDER GRANTING *Ex Parte* Motion for Expedited Discovery is GRANTED. The second page of the two page Appendix attached to the previous Order Granting (ECF No.5), shall be changed to conform to the "Exhibit A" attached to this Order for all purposes.

SIGNED: March 1, 2012

*/s/ Nancy F. Atlas*
Nancy F. Atlas
United States District Judge