IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-cv-00504 |
| § | |
| DOES 1–351, § | |
|     Defendants. § | |

## ORDER

Doe Defendant # 3's Motion to Sever Defendants and/or Quash Subpoena [Doc. # 8] and Doe Defendant # 36's Motion to Quash Subpoena and to Dismiss or Sever for Improper Joinder [Doc. # 9], both filed on April 13, 2012, will not be fully briefed before the Initial Pretrial Conference currently set for April 23, 2012. Accordingly, it is hereby

**ORDERED** that the April 23, 2012 Initial Pretrial Conference is **RESET** to **May 16, 2012, at 11:00 a.m.** It is further

**ORDERED** that Plaintiff will file a copy of the subpoena issued to the Internet Service Provider of Doe Defendant # 3 by **April 23, 2012**.

SIGNED at Houston, Texas, this **16th** day of **April, 2012**.

*[signature]*

Nancy F. Atlas
United States District Judge