IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

___

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., | CASE NO. 4:12-CV-504 |
| Plaintiff, | Judge: Hon. Nancy F. Atlas |
| v. | |
| DOES 1 – 351, | |
| Defendants. | |

___

### PLAINTIFF'S MOTION FOR DISMISSAL OF DOE No. 1

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the defendants with I. P. Address 98.194.53.136, Doe Number 1. The respective Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

**DATED:**  April 18, 2012

By:  **DOUGLAS M. MCINTYRE & ASSOCIATES**

<u>/s/ Douglas M. McIntyre</u>
DOUGLAS M. MCINTYRE (TX# 13681800)
720 North Post Oak Road, Suite 610
Houston, Texas 77024
Telephone: (713) 681 – 2611
Facsimile: (713) 461 – 3697
*Counsel for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5.3.

/s/ Douglas M. McIntyre
DOUGLAS M. MCINTYRE