IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC., § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 4:12-cv-00504 |
| § | | |
| DOES 1–351, § | | |
|     Defendants. § | | |

## ORDER

It is hereby **ORDERED** that all persons or counsel for persons with pending motions in this action must appear at the Initial Pretrial Conference set for **May 16, 2012, at 11:00 a.m.** in this Court. It is further

**ORDERED** that Plaintiff will file by **May 15, 2012** a copy of the subpoena issued to the Internet Service Providers of Doe Defendants ## 3, 93, 123, 328, and 342, as identified in Exhibit A to Plaintiff's Complaint [Doc. # 1-1].

If any party seeks to attend the conference by telephone, they must notify the Court's Case Manager Shelia Ashabranner by telephone (713-250-5407) or by email (shelia_ashabranner@txs.uscourts.gov) at least one day before the conference.

SIGNED at Houston, Texas, this **10th** day of **May, 2012.**

_____
Nancy F. Atlas
United States District Judge