IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. | CASE NO. 4:12-CV-504 |
| Plaintiff, | |
| | Judge: Hon. Nancy F. Atlas |
| v. | |
| DOES 1 – 351, | **ORDER** |
| Defendants. | |

_____

**ORDER DISMISSING WITHOUT PREJUDICE TO REFILING**

The Court has reviewed Plaintiff's Motion for Dismissal Without Prejudice to Refiling of all causes of action against all the remaining Doe Defendants.

IT IS ORDERED that all the remaining Doe Defendants are hereby DISMISSED from this action without prejudice to refiling.

DATED: August 20, 2012

_____
Nancy F. Atlas
United States District Judge